**Order filed September 23, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00066-CV
_____

**PAUL E. SIMONS, Appellant**

**V.**

**KAREN COLE SIMONS, Appellee**

---

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM-67,240**

---

## O R D E R

Before the court is Appellant's pro se motion for the clerk's record and the reporter's record to be prepared and filed in this court and for a copy of each to be provided free of charge to Appellant, Paul E. Simons. Appellant's motion is moot in part because the clerk's record and the reporter's record have now been filed in this court. However, Appellant's request for a copy of the appellate record does not appear to be moot; we can find no documentation to indicate that Appellant, who is representing himself in this appeal, has been provided with a copy of the record.

Accordingly, we now abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and shall thereafter conduct a hearing to determine the following:

1. Whether Appellant is indigent;

2. Whether Appellant is entitled to a free appellate record due to his indigency; and

3. Whether Appellant has been provided a complete copy of the appellate record.

If the trial court determines that Appellant is indigent and is entitled to a free appellate record, the trial court shall make any orders necessary to ensure that Appellant, who is incarcerated and unable to receive an electronic copy of the appellate record, has the opportunity to fully examine the appellate record.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record to be filed in this court. Furthermore, a supplemental reporter's record of the proceedings shall also be prepared and filed in this court. The supplemental clerk's record and the supplemental reporter's record shall be filed with the clerk of this court on or before October 25, 2021.

PER CURIAM

September 23, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2